

# Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00681-CV

**IN RE** Tiffany **RYDER** and Cynthia Vecera, Relators

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
                Liza A. Rodriguez, Justice
                Lori Massey Brissette, Justice

Delivered and Filed: October 16, 2024

PETITION FOR WRIT OF MANDAMUS DENIED, MOTION FOR EMERGENCY STAY DENIED

On October 7, 2024, relators filed a petition for a writ of mandamus and an emergency motion for a stay. The court has considered the petition and the motion and determined that relators have not demonstrated they are entitled to the relief requested. Therefore, the mandamus petition and the emergency motion are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024CI07778, styled *EPIOM LLC v. Tiffany Ryder and Cynthia Vecera*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.